# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

**CASE NO.:  16-13272-BKC-RBR**
PROCEEDING UNDER CHAPTER 13

IN RE:

DAHLIA ESMINA CUNNINGHAM
XXX-XX-6365

<u>DEBTOR                              </u>/

## TRUSTEE'S MOTION TO COMPEL PROPER ADDRESS
## AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

   Robin R. Weiner, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion To Compel Proper Address and Certificate of Service of Court Generated Notice of Hearing.

   The Trustee respectfully moves this Court for an Order Compelling Debtor to provide proper Address for Creditor and states as follows:

1. The Debtor filed a voluntary petition on **March 7, 2016**.

2. The Debtor's scheduled Creditor's Address or Proof of Claim is **HMC ASSETS LLC, C/O BSI FINANCIAL SERVICES, POB 660605, DALLAS, TX  75266**.

3. The Debtor included Payments to Creditor in the Confirmed Chapter 13 Plan.

4. The Trustee disbursed payments to Creditor pursuant to the Confirmed Chapter 13 Plan, which was returned to the Trustee.

5. Immediately thereafter, the Trustee requested, by letter, Debtor's Attorney provide a proper address for Creditor.

6. To date, Debtor's Attorney failed to respond to and comply with the Trustee's request for proper address.

   **WHEREFORE** the Trustee respectfully requests this Honorable Court enter an Order Compelling Debtor to provide proper Address for Creditor by a date certain, and for such other and further relief as the Court deems just and proper.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion To Compel Proper Address and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 20th day of June, 2018.

                                                                */s/ Robin R. Weiner*
                                                                 ROBIN R. WEINER, ESQUIRE
                                                                 STANDING CHAPTER 13 TRUSTEE
                                                                 P.O. BOX 559007
                                                                 FORT LAUDERDALE, FL 33355-9007
                                                                 TELEPHONE: 954-382-2001
                                                                FLORIDA BAR NO.: 861154

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
DAHLIA ESMINA CUNNINGHAM
7960 COLONY CIR N
# N310
TAMARAC, FL  33321-8310

**ATTORNEY FOR DEBTOR**
ELIAS LEONARD DSOUZA, ESQUIRE
111 N PINE ISLAND ROAD
SUITE 205
PLANTATION, FL  33324

**CREDITOR**
HMC ASSETS LLC
C/O BSI FINANCIAL SERVICES
POB 660605
DALLAS, TX  75266